```
 1  ELIZABETH A. STRANGE
    Acting United States Attorney
 2  District of Arizona
    LAUREN G. LABUFF
 3  Assistant U.S. Attorney
    State Bar No. 029151
 4  United States Courthouse
    405 W. Congress Street, Suite 4800
 5  Tucson, Arizona 85701
    Telephone: 520-620-7300
 6  Email: lauren.labuff@usdoj.gov
    Attorneys for Plaintiff
 7
```

FILED____ LODGED
____RECEIVED ____COPY

2017 MAY 10 P 3:49

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 17-746 TUC JAS(EJM) |
| Plaintiff, | INDICTMENT |
| vs. | VIO: 21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Marijuana)<br>Count 1 |
| Wesley Marvin Jones,<br>Megan Raye Pierson, | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)<br>(Possession with Intent to Distribute Marijuana)<br>Count 2 |
| (Counts 1 and 2 both defendants) | |
| Defendants. | 21 U.S.C. § 963<br>(Conspiracy to Import Marijuana)<br>Count 3 |
| | 21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(3)<br>(Importation of Marijuana)<br>Count 4 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

Beginning at a time unknown, to on or about April 16, 2017, at or near Lukeville, in the District of Arizona, Wesley Marvin Jones and Megan Raye Pierson, named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to the grand

jury, to possess with intent to distribute 50 kilograms or more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 2

On or about April 16, 2017, at or near Lukeville, in the District of Arizona, Wesley Marvin Jones and Megan Raye Pierson did knowingly and intentionally possess with intent to distribute 50 kilograms or more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

Beginning at a time unknown, to on or about April 16, 2017, at or near Lukeville, in the District of Arizona, Wesley Marvin Jones and Megan Raye Pierson did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to the Grand Jury, to import into the United States from the Republic of Mexico 50 kilograms or more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3).

All in violation of Title 21, United States Code, Section 963.

## COUNT 4

On or about April 16, 2017, at or near Lukeville, in the District of Arizona, Wesley Marvin Jones and Megan Raye Pierson did knowingly and intentionally import into the United States from the Republic of Mexico 50 kilograms or more of marijuana, a Schedule

1  I controlled substance; in violation of Title 21, United States Code, Sections 952(a),
2  960(a)(1) and 960(b)(3).

                A TRUE BILL

                / S /
                _____
                Presiding Juror

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/ S /
Assistant U.S. Attorney

Dated: May 10, 2017

REDACTED FOR
PUBLIC [illegible]

*United States of America v. Wesley Marvin Jones et al.*
*Indictment Page 3 of 3*