Petition12C – Rev. 6/18




# UNITED STATES DISTRICT COURT
for
Arizona
Petition for Warrant

Name of Offender: **Megan Raye Pierson** Case No.: **CR-17-00746-002-TUC-JAS (EJM)**

Name of Judicial Officer: **The Honorable James A Soto**
**United States District Judge**

Date of Original Sentence: **3/20/2019**

Original Offense: **Conspiracy to Import Marijuana, in violation of 21 U.S.C. § 952(a), 21 U.S.C. § 960(a)(1), 21 U.S.C. § 960(b)(3), and 21 U.S.C. § 963, a Class C Felony.**

Original Sentence: **36 months probation**

Type of Supervision: **Probation** Date Supervision Commenced: **3/20/2019**
Date Supervision Expires: **3/19/2022**

Assistant U.S. Attorney: **Stefani Kae Hepford**
**520-620-7376**

Defense Attorney: **Michael John Martinez Areinoff**
**520-879-7500**

---

Petitioning the Court to issue a Warrant.

The probation officer alleges Megan Raye Pierson has violated the following condition(s) of supervision:

| Allegation | Nature of Noncompliance |
|---|---|
| A | <u>Mandatory Condition #3</u> which states, "*You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.*" |

1) On or about April 11, 2019 April 25, 2019, Pierson used a controlled substance as evidenced by a urine specimen she submitted which confirmed positive for the presence of methamphetamine by the New Mexico Regional Drug Laboratory and as also evidenced by her written admission. Grade C violation. §7B1.1(a)(3).

2) On or about March 25, 2019, Pierson used a controlled substance as evidenced by her April 2, 2019, written admission to using methamphetamine on March 25, 2019. Grade C violation. §7B1.1(a)(3)

cc: USM, AUSA, Probation

B **Standard Condition #5** which states, *You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.*

On or about June 11, 2019, Pierson changed where she lived without notifying probation as evidenced by Pierson's significant other who reported she moved from his residence, which was approved by probation, two weeks prior. As of the writing of this report, Pierson's whereabouts are unknown. Grade C violation. §7B1.1(a)(3)

C **Special Condition #1** which states, *You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer.*

On May 22 and 29, 2019, Pierson failed to participate in substance abuse treatment by failing to submit to testing for substance abuse as evidence by information received from Behavioral Systems Southwest (BSS). Grade C violation. §7B1.1(a)(3). Revocation is Mandatory.

D **Special Condition #6** which states, *You must enroll in a General Educational Development (GED) Program to obtain a high school equivalency diploma.*

As of June 13, 2019, Pierson has failed to enroll in a General Educational Development Program to obtain her high school equivalency diploma. Grade C violation §7B1.1(a)(3).

**U.S. Probation Officer Recommendation and Justification**

Megan Raye Pierson has violated the trust of the Court. A warrant is recommended as Megan Raye Pierson's whereabouts is unknown.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

6/13/2019
Date

Michelle M. Diaz
U.S. Probation Officer
Office: 520-205-4581
Cell: 520-269-9016

6/13/2019
Date

Joy Zeitler
Supervisory U.S. Probation Officer
Office: 520-205-4578
Cell: 520-405-1269

The Court Orders

- ☐ No Action
- ☒ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

6-19-2019
Date

The Honorable James A Soto
United States District Judge

# UNITED STATES DISTRICT COURT

for the
District of Arizona

United States of America
v.

Megan Raye Pierson
*Defendant*

Case No. CR-17-00746-002-TUC-JAS (EJM)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay *(name of person to be arrested)* Megan Raye Pierson,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☒ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:3601: Violation of Probation

Date: June 19, 2019

Tiffany Dame
*Issuing officer's signature*

City and state: Tucson, Arizona

Tiffany Dame, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

________
*Arresting officer's signature*

________
*Printed name and title*

CC: USM, AUSA, Probation (copies distributed)